UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR L. JORDON,<br>  plaintiff, | :<br>:<br>: |
| v. | :<br>:   CASE NO. 3:21-CV00255 (AVC) |
| ANGEL QUIROS, DENISE WALKER,<br>CAPT. WATSON,<br>  defendants. | :<br>:<br>: |

## **JUDGMENT**

This action having come before the Court for consideration of the defendants' motion for summary judgment, before the Honorable Alfred V. Covello, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the defendants' motion for summary judgment on May 10, 2022, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 12th day of May, 2022.

                Dinah Milton Kinney, Clerk

                By: /s/ Renée A. Alexander
                    Renée A. Alexander
                    Deputy Clerk

Entered on Docket: 5/12/2022