APPEAL,CLOSED,EFILE,FOLDER,PRISSCAN,PROSE,SA

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:21-cv-00255-AVC

| | |
|---|---|
| Jordan v. Quiros et al | Date Filed: 03/01/2021 |
| Assigned to: Judge Alfred V. Covello | Date Terminated: 05/12/2022 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 555 Prisoner Petitions - Prison Conditions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Victor L. Jordan**  represented by  **Victor L. Jordan**
165080
CHESHIRE CORRECTIONAL INSTITUTION
900 Highland Avenue
Cheshire, CT 06410
PRO SE

V.

**Defendant**

**Angel Quiros**
*Comm. of Corr.*
*TERMINATED: 03/22/2021*

**Defendant**

**Denise Walker**  represented by  **DeAnn S. Varunes**
*Warden*
Attorney General's Office - Sherman St (Htfd)
110 Sherman St.
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: deann.varunes@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carlos Nunez**
*Deputy Warden*
*TERMINATED: 03/22/2021*

**Defendant**

**Jennifer Peterson**
*Deputy Warden*
*TERMINATED: 03/22/2021*

**Defendant**

**Watson**
*Unit Manager, Capt.*

represented by **DeAnn S. Varunes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gray**
*Lieutenant*
*TERMINATED: 03/22/2021*

**Defendant**

**Cruz**
*Mental Health, Dr.*
*TERMINATED: 03/22/2021*

**Defendant**

**Jane Doe**
*Building Inspec.*
*TERMINATED: 03/22/2021*

**Defendant**

**John Doe**
*Building Inspec.*
*TERMINATED: 03/22/2021*

**Defendant**

**Jane Doe**
*State Fire Marshall*
*TERMINATED: 03/22/2021*

**Defendant**

**John Doe**
*State Fire Marshall*
*TERMINATED: 03/22/2021*

**Defendant**

**Jane Doe**
*Fire Protection Sprinkler System Board Chairman*
*TERMINATED: 03/22/2021*

**Defendant**

**John Doe**
*Fire Protection Sprinkler System Board Chairman*
*TERMINATED: 03/22/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2021 | 1 | PRISCS - COMPLAINT against All Defendants, filed by Victor L. Jordan. (Attachments: # 1 Civil Cover Sheet)(Fazekas, J.) (Entered: 03/01/2021) |

| | | |
|---|---|---|
| 03/01/2021 | 2 | PRISCS - MOTION for Leave to Proceed in forma pauperis by Victor L. Jordan. (Fazekas, J.) (Entered: 03/01/2021) |
| 03/01/2021 | 3 | PRISCS - Prisoner Trust Fund Account Statement by Victor L. Jordan. (Fazekas, J.) (Entered: 03/01/2021) |
| 03/01/2021 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Alfred V. Covello on 03/1/2021.(Fazekas, J.) (Entered: 03/01/2021) |
| 03/01/2021 | 5 | STANDING ORDER ON PRISONER ELECTRONIC FILING PROGRAM Signed by Judge Janet C. Hall on 03/1/2021.(Fazekas, J.) (Entered: 03/01/2021) |
| 03/04/2021 | 6 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. If you change your address at any time during the litigation of this case, Local Rule 83.1(c)2 provides that you notify the court. Failure to do so can result in the dismissal of your case. Signed by Judge Thomas O. Farrish on 3/4/21. (Payton, R.) (Entered: 03/04/2021) |
| 03/22/2021 | 7 | Ruling and Order: Discovery due by 10/21/2021. Dispositive Motions due by 11/20/2021. Signed by Judge Alfred V. Covello on 3/22/2021.(Alexander, R.) (Entered: 03/22/2021) |
| 03/22/2021 | 8 | Standing Order re: Initial Discovery Disclosures. Signed by Judge Stefan R. Underhill on 3/22/2021.(Bozek, M.) (Entered: 03/22/2021) |
| 03/25/2021 | 9 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Denise Walker, Watson* with answer to complaint due within *21* days. *Victor L. Jordan #165080* *CHESHIRE CORRECTIONAL INSTITUTION* *900 Highland Avenue* *Cheshire, CT 06410*. (Bozek, M.) (Entered: 03/25/2021) |
| 03/25/2021 | | USM 285 form together with 9 Summons, 1 Complaint, 7 Ruling and Order, 8 Standing Order re: Initial Discovery Disclosures and 6 Order granting IFP reviewed and sent to USM for service on defendants Denise Walker and Watson.Marshals Return of Service on Summons due by 4/14/2021. (Bozek, M.) (Entered: 03/25/2021) |
| 03/26/2021 | | REQUEST FOR WAIVER of Service sent to Denise Walker and Watson on 3/26/2021. Waiver of Service due by 4/30/2021. (Bozek, M.) (Entered: 03/26/2021) |
| 04/05/2021 | 10 | WAIVER OF SERVICE Returned Executed as to Watson waiver sent on 3/26/2021, answer due 5/25/2021. (Bozek, M.) (Entered: 04/06/2021) |
| 04/05/2021 | 11 | WAIVER OF SERVICE Returned Executed as to Denise Walker waiver sent on 3/26/2021, answer due 5/25/2021. (Bozek, M.) (Entered: 04/06/2021) |
| 04/14/2021 | 12 | SUMMONS Returned Executed by Victor L. Jordan. Denise Walker and Watson c/o Attorney General served on 4/13/2021. (Bozek, M.) (Entered: 04/14/2021) |
| 05/10/2021 | 13 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Denise Walker, Watson (Varunes, DeAnn) (Entered: 05/10/2021) |
| 05/25/2021 | 14 | ANSWER to 1 Complaint with Affirmative Defenses by Denise Walker, Watson. (Varunes, DeAnn) (Entered: 05/25/2021) |
| 06/07/2021 | 15 | EXHIBITS in Support of Claims by Victor L. Jordan. (Bozek, M.) (Entered: 06/10/2021) |
| 10/14/2021 | | Filing fee received from Victor Jordan: $ 350.00, receipt number CTXB00012507 (Payton, R.) (Entered: 10/15/2021) |
| 11/09/2021 | 16 | First MOTION for Extension of Time until December 20, 2021 to Submit a Dispositive |

| | | |
|---|---|---|
| | | Motion by Denise Walker, Watson. (Varunes, DeAnn) (Entered: 11/09/2021) |
| 11/10/2021 | 17 | MOTION for Reconsideration re 7 Initial Review Order - Prisoner by Victor L. Jordan. (Carr, Dave) (Entered: 11/10/2021) |
| 11/18/2021 | 18 | ORDER granting 16 motion for extension of time to file a dispositive motion to and including December 20, 2021. Signed by Judge Alfred V. Covello on 11/18/21. (Covello, Alfred) (Entered: 11/18/2021) |
| 11/18/2021 | 19 | MOTION For Court to Issue Subpoena by Victor L. Jordan.Responses due by 12/9/2021 (Carr, Dave) (Entered: 11/18/2021) |
| 11/18/2021 | | Set Deadlines/Hearings: Dispositive Motions due by 12/20/2021. (Alexander, R.) (Entered: 11/29/2021) |
| 11/22/2021 | 20 | ORDER denying 19 motion to send subpoenas. The court cannot issue subpoenas submitted by email. The clerk is directed to send the plaintiff ten (10) signed blank subpoena forms for the plaintiff to complete and serve on the intended recipients. See Boudreau v. Smith, No. 3:17-cv-589(SRU), 2019 WL 3973997, at *10 (D. Conn. Aug. 22, 2019) (holding that the plaintiffs "in forma pauperis status does not authorize the district court to pay for his discovery costs or direct the U.S. Marshal to effect service of a subpoena") (citing cases). Signed by Judge Alfred V. Covello on 11/22/21. (Covello, Alfred) (Entered: 11/22/2021) |
| 11/29/2021 | 21 | EXHIBIT by Victor L. Jordan. (Hushin, Z.) (Entered: 11/29/2021) |
| 11/30/2021 | 22 | Order denying 17 Motion for Reconsideration re 17 Motion for Reconsideration re 7 Initial Review Order - Prisoner filed by Victor L. Jordan. Signed by Judge Alfred V. Covello on 11/30/2021. (Alexander, R.) (Entered: 11/30/2021) |
| 12/08/2021 | 23 | MOTION to Seal Video Recording by Denise Walker, Watson. (Varunes, DeAnn) (Entered: 12/08/2021) |
| 12/15/2021 | 24 | Memorandum in Opposition re 23 MOTION to Seal Video Recording filed by Victor L. Jordan. (Hushin, Z.) (Entered: 12/16/2021) |
| 12/20/2021 | 25 | MOTION for Summary Judgment by Denise Walker, Watson.Responses due by 1/10/2022 (Attachments: # 1 Memorandum in Support, # 2 Attachment 1- Local Rule 56(a)(1), # 3 Attachment 2 - Declaration of Michelle Deveau, # 4 Attachment 3 - Declaration of Lt. Gary Gray, # 5 Attachment 4 - Declaration of James Watson, # 6 Attachment 5 - Declaration of Denise Walker, # 7 Attachment 6 - Declaration of Mykia Cooper, # 8 Attachment 7 - Administrative Directive 6.10, # 9 Attachment 8 - Administrative Directive 9.4, # 10 Notice to Pro Se Litigant, # 11 Notice of Manual Filing)(Varunes, DeAnn) (Entered: 12/20/2021) |
| 12/20/2021 | 26 | Amended MOTION to Seal Video Recordings by Denise Walker, Watson. (Varunes, DeAnn) (Entered: 12/20/2021) |
| 12/20/2021 | 27 | OBJECTION re 24 Memorandum in Opposition to Motion filed by Denise Walker, Watson. (Varunes, DeAnn) (Entered: 12/20/2021) |
| 01/07/2022 | 28 | OBJECTION re 25 MOTION for Summary Judgment filed by Victor L. Jordan. (Attachments: # 1 Declaration)(Hushin, Z.) (Entered: 01/11/2022) |
| 01/13/2022 | 29 | ORDER granting 26 motion to seal; finding as moot 23 motion to seal. The defendants shall file the video on or before 01/24/22. Signed by Judge Alfred V. Covello on 01/13/22. (Covello, Alfred) (Entered: 01/13/2022) |
| 02/03/2022 | 30 | NOTICE to Court by Victor L. Jordan (Carr, Dave) (Entered: 02/03/2022) |
| | | |

| | | |
|---|---|---|
| 02/03/2022 | 31 | MOTION to Give Notice to Court and to Compel Regarding Video Related to Complaint Motion 26 by Victor L. Jordan.Responses due by 2/24/2022 (Carr, Dave) (Entered: 02/03/2022) |
| 02/11/2022 | 32 | OBJECTION *to Motion to Compel ECF 31* filed by Denise Walker, Watson. (Varunes, DeAnn) (Entered: 02/11/2022) |
| 02/14/2022 | 33 | ORDER finding as moot 31 motion to compel in light of the defendants' representation 32 that the plaintiff has had the opportunity to view the video at issue. Signed by Judge Alfred V. Covello on 02/14/22. (Covello, Alfred) (Entered: 02/14/2022) |
| 05/10/2022 | 34 | Ruling granting 25 Motion for Summary Judgment. Signed by Judge Alfred V. Covello on 5/10/2022. (Alexander, R.) (Entered: 05/10/2022) |
| 05/12/2022 | 35 | Judgment in favor of the defendants.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 5/12/2022.(Alexander, R.) (Entered: 05/12/2022) |
| 05/12/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Alexander, R.) (Entered: 05/12/2022) |
| 05/23/2022 | 36 | NOTICE OF APPEAL as to 34 Order on Motion for Summary Judgment by Victor L. Jordan. (Carr, Dave) (Entered: 05/23/2022) |
| 05/23/2022 | 37 | AFFIDAVIT filed by Victor L. Jordan. (Carr, Dave) (Entered: 05/23/2022) |
| 05/23/2022 | 38 | Prisoner Trust Fund Account Statement by Victor L. Jordan. (Carr, Dave) (Entered: 05/23/2022) |